AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| DANIEL PAZ | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| Plaintiff(s), | |
| V. | |
| RYDER INTEGRATED LOGISTICS, INC., and Does 1-50 | CASE NUMBER: C08-05168 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, RYDER INTEGRATED LOGISTICS, INC. substitutes
(Party(s) Name)

Linda S. Husar of Reed Smith LLP , State Bar No. 093989 as counsel of record in
(Name of New Attorney)

place of Linda S. Husar of Thelen LLP.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Reed Smith LLP
Address: 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90071
Telephone: 213.457.8000    Facsimile 213.457.8080
E-Mail (Optional):

I consent to the above substitution.
Date: 11/20/08    Lisa A. Kabula
Assistant General Counsel
Ryder Integrated Logistics
Inc.
(Signature of Party(s))

I consent to being substituted.
Date: 11/21/08
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/27/08
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 6, 2009

IT IS SO ORDERED
Judge Samuel Conti

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com