Linda S. Husar (SBN 93989)
Douglas H. Riegelhuth (SBN 166686)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 1.213.457 8000
Facsimile: 1.213.457 8080
Email: lhusar@reedsmith.com
Email: driegelhuth@reedsmith.com

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

Jacquetta Lannan (SBN 24781)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: 1.408.246.5500
Facsimile: 1.408.246.1051
Email: jlannan@hinklelaw.com

Attorneys for Plaintiff
Daniel Paz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ,<br><br>               Plaintiff,<br><br>     vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>               Defendants. | Case No. C 08-05168 SC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**JUDGE: HONORABLE SAMUEL CONTI**<br><br>**DATE: APRIL 17, 2009**<br>**TIME: 10:00 A.M.** |

1  IT IS HEREBY STIPULATED by and between plaintiff Daniel Paz and
2  defendant Ryder Integrated Logistics, Inc. that, because discovery is just underway
3  and mediation of this matter will not occur until approximately July 2009 (the exact
4  date has yet to be determined), the Case Management Conference previously
5  scheduled for April 17, 2009, at 10:00 a.m., is continued until September 11, 2009, at
6  10:00 a.m.

7

8  **IT IS SO STIPULATED.**

9

10  DATED: April 15, 2009              REED SMITH LLP
11
12                                     By _____
13                                     Douglas H. Riegelhuth
                                       Attorneys for Defendant
14                                     Ryder Integrated Logistics, Inc.
15

16  DATED: April 15, 2009              HINKLE, JACHIMOWICZ, POINTER
                                       & EMANUEL
17

18                                     By _____
                                       Jacquetta Lannan
19                                     Attorneys for Plaintiff Daniel Paz

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  DATED: April ___, 2009
                                       _____
24                                     Honorable Samuel Conti

25

26

27

28

IT IS HEREBY STIPULATED by and between plaintiff Daniel Paz and defendant Ryder Integrated Logistics, Inc. that, because discovery is just underway and mediation of this matter will not occur until approximately July 2009 (the exact date has yet to be determined), the Case Management Conference previously scheduled for April 17, 2009, at 10:00 a.m., is continued until September 11, 2009, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: April 15, 2009

REED SMITH LLP

By _____
Douglas H. Riegelhuth
Attorneys for Defendant
Ryder Integrated Logistics, Inc.

DATED: April 15, 2009

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By _____
Jacquetta Lannan
Attorneys for Plaintiff Daniel Paz

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 16, 2009

Honorable _____

IT IS SO ORDERED
Judge Samuel Conti