Linda S. Husar (SBN 93989)
Aundrea L. Newsome (SBN 240041)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 1.213.457 8000
Facsimile: 1.213.457 8080
Email: lhusar@reedsmith.com
Email: anewsome@reedsmith.com

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

Michael T. Gorman (SBN 260839)
HINKLE, JACHIMOWICZ, POINTER
& EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: 1.408.246.5500
Facsimile: 1.408.246.1051
Email: mgorman@hinklelaw.com

Attorneys for Plaintiff
Daniel Paz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-05168 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS FIFTH CAUSE OF ACTION FOR WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**<br><br>**JUDGE: HONORABLE SAMUEL CONTI** |

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Paz and Defendant Ryder Integrated Logistics, Inc., through their respective counsel of record, that Plaintiff's claim for Wrongful Termination in Violation of Public Policy (Fifth Cause of Action) alleged in Plaintiff's Complaint hereby be dismissed with prejudice as to all defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. No other cause of action is dismissed pursuant to this Stipulation. Each party shall bear his / its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: October 20, 2009          REED SMITH LLP

By  /s Linda S. Husar
    Linda S. Husar
    Attorneys for Defendant
    Ryder Integrated Logistics, Inc.

DATED: October 20, 2009          HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By  /s Michael T. Gorman
    Michael T. Gorman
    Attorneys for Plaintiff Daniel Paz

-2-

C08-05168 SC    STIPULATION AND [PROPOSED] ORDER TO DISMISS FIFTH CAUSE OF ACTION FOR WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

| | |
|---|---|
| 1 | Linda S. Husar (SBN 93989) |
| | Aundrea L. Newsome (SBN 240041) |
| 2 | REED SMITH LLP |
| | 355 South Grand Avenue, Suite 2900 |
| 3 | Los Angeles, CA 90071-1514 |
| | Telephone: 1.213.457 8000 |
| 4 | Facsimile: 1.213.457 8080 |
| | Email: lhusar@reedsmith.com |
| 5 | Email: anewsome@reedsmith.com |
| 6 | Attorneys for Defendant |
| | Ryder Integrated Logistics, Inc. |
| 7 | |
| 8 | Michael T. Gorman (SBN 260839) |
| | HINKLE, JACHIMOWICZ, POINTER |
| 9 | & EMANUEL |
| | 2007 West Hedding Street, Suite 100 |
| 10 | San Jose, California 95128 |
| | Telephone: 1.408.246.5500 |
| 11 | Facsimile: 1.408.246.1051 |
| | Email: mgorman@hinklelaw.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | Daniel Paz |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ, | Case No. C 08-05168 SC |
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION TO DISMISS FIFTH CAUSE OF ACTION FOR WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY |
| vs. | |
| RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive, | |
| Defendants. | JUDGE: HONORABLE SAMUEL CONTI |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That Plaintiff's claim for Wrongful Termination in Violation of Public Policy (Fifth Cause of Action) alleged in Plaintiff's Complaint is hereby dismissed with prejudice as to all defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. No other cause of action is dismissed pursuant to this Stipulation. Each party shall bear his / its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 22, 2009

By_____
Honorable



-2-

C08-05168 SC     [PROPOSED] ORDER RE STIPULATION TO DISMISS FIFTH CAUSE OF ACTION FOR WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY