1  Linda S. Husar (SBN 93989)
   Aundrea L. Newsome (SBN 240041)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: 1.213.457 8000
4  Facsimile:  1.213.457 8080
   Email: lhusar@reedsmith.com
5  Email: anewsome@reedsmith.com

6  Attorneys for Defendant
   Ryder Integrated Logistics, Inc.
7
   Michael T. Gorman (SBN 260839)
8  HINKLE, JACHIMOWICZ, POINTER
9  & EMANUEL
   2007 West Hedding Street, Suite 100
10 San Jose, California 95128
   Telephone: 1.408.246.5500
11 Facsimile: 1.408.246.1051
   Email: mgorman@hinklelaw.com
12
   Attorneys for Plaintiff
13 Daniel Paz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ,<br><br>        Plaintiff,<br><br>vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. C 08-05168 SC<br><br>[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>JUDGE: HONORABLE SAMUEL CONTI<br><br>DATE: JANUARY 8, 2010<br>TIME: 10:00 A.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That the Case Management Conference, currently scheduled for January 8, 2010, at 10:00 a.m., be continued until February 19, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: December 9, 2009

By 
Honorable Samuel Conti

| | |
|---|---|
| 1 | DANIEL PAZ v. RYDER INTEGRATED LOGISTICS, INC., et al. |
| 2 | CASE NO. 3:08-CV-05168-SC |

<u>CERTIFICATE OF SERVICE BY U. S. MAIL</u>

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On December 8, 2009, I served the following document:

**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. In the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

> Michael T. Gorman, Esq.
> Gerald A. Emanuel, Esq.
> Amy Carlson, Esq.
> HINKLE, JACHIMOWICA, POINTER & EMANUEL
> 2007 West Hedding Street, Ste. 100
> San Jose, CA 95128

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2009, at Los Angeles, California.

/s/
Corinne Ubence