Linda S. Husar (SBN 93989)
Aundrea L. Newsome (SBN 240041)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 1.213.457 8000
Facsimile: 1.213.457 8080
Email: lhusar@reedsmith.com
Email: anewsome@reedsmith.com

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

Gerald Emanuel (SBN 61049)
HINKLE, JACHIMOWICZ, POINTER
& EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: 1.408.246.5500
Facsimile: 1.408.246.1051
Email: jhinkle@hinklelaw.com

Attorneys for Plaintiff
Daniel Paz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ, | Case No. C 08-05168 SC |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive, | JUDGE: HONORABLE SAMUEL CONTI |
| Defendants. | DATE: FEBRUARY 19, 2010<br>TIME: 10:00 A.M. |

IT IS HEREBY STIPULATED by and between plaintiff Daniel Paz and Defendant Ryder Integrated Logistics, Inc. ("Ryder") that the Case Management Conference, currently scheduled for February 19, 2010, at 10:00 a.m., be continued until March 19, 2010, at 10:00 a.m., or any other date that the court deems appropriate.

Good cause exists to continue the Case Management Conference to March 19, 2010 for the reasons described below.

Plaintiff Daniel Paz and Ryder have reached a settlement in this matter. The parties are in the process of finalizing the settlement documents and expect to be in a position to file the stipulation of dismissal of the entire action with prejudice and proposed order of dismissal.

For these reasons, good cause exists to continue the Case Management Conference, previously scheduled for February 19, 2010, at 10:00 a.m. to March 19, 2010, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: February 16, 2010

REED SMITH LLP

By   /s/ Linda S. Husar
Linda S. Husar
Attorneys for Defendant
Ryder Integrated Logistics, Inc.

DATED: February 16, 2010

HINKLE, JACHIMOWICZ, POINTER & EMANUEL

By   /s/ Gerald Emanuel
Gerald Emanuel
Attorneys for Plaintiff Daniel Paz

1  DANIEL PAZ v. RYDER INTEGRATED LOGISTICS, INC., et al.
2  CASE NO. 3:08-CV-05168-SC

3  <u>CERTIFICATE OF SERVICE BY ELECTRONIC MAIL</u>

4  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On February 16, 2010, I served the following document:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-103204900.1-ALNEWSOM

CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

Gerald A. Emanuel, Esq.
HINKLE, JACHIMOWICA, POINTER & EMANUEL
2007 West Hedding Street, Ste. 100
San Jose, CA 95128
jemanuel@hinkle.com


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 16, 2010, at Los Angeles, California.


/s/
Corinne Ubence

Linda S. Husar (SBN 93989)
Aundrea L. Newsome (SBN 240041)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 1.213.457 8000
Facsimile: 1.213.457 8080
Email: lhusar@reedsmith.com
Email: anewsome@reedsmith.com

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

Gerald Emanuel (SBN 61049)
HINKLE, JACHIMOWICZ, POINTER
& EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: 1.408.246.5500
Facsimile: 1.408.246.1051

Email: jhinkle@hinklelaw.com

Attorneys for Plaintiff
Daniel Paz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ,<br><br>             Plaintiff,<br><br>   vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. C 08-05168 SC<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>JUDGE: HONORABLE SAMUEL CONTI<br><br>DATE: FEBRUARY 19, 2010<br>TIME: 10:00 A.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

That the Case Management Conference, currently scheduled for February 19, 2010, at 10:00 a.m., be continued until March 19, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 17, 2010

By_____
Honorable Samuel Conti



REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| 1 | DANIEL PAZ v. RYDER INTEGRATED LOGISTICS, INC., et al. |
| 2 | CASE NO. 3:08-CV-05168-SC |

### CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On February 16, 2010, I served the following document:

**[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

Gerald A. Emanuel, Esq.
HINKLE, JACHIMOWICA, POINTER & EMANUEL
2007 West Hedding Street, Ste. 100
San Jose, CA  95128
jemanuel@hinkle.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 16, 2010, at Los Angeles, California.



/s/
Corinne Ubence

US_ACTIVE-103204905.1-ALNEWSOM