Linda S. Husar (SBN 93989)
Aundrea L. Newsome (SBN 240041)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 1.213.457 8000
Facsimile: 1.213.457 8080
Email: lhusar@reedsmith.com
Email: anewsome@reedsmith.com

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

Gerald Emanuel (SBN 61049)
HINKLE, JACHIMOWICZ, POINTER
& EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: 1.408.246.5500
Facsimile: 1.408.246.1051
Email: mgorman@hinklelaw.com

Attorneys for Plaintiff
Daniel Paz

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ, | Case No. C 08-05168 SC |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE** |
| vs. | |
| RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive, | **JUDGE: HONORABLE SAMUEL CONTI** |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS by and through their attorneys of record, Plaintiff Daniel Paz and Defendant Ryder Integrated Logistics, Inc. ("Ryder") have reached a full and final settlement and resolution of all past and present claims, controversies and disputes Plaintiff may have or had against Ryder, including, but not limited to, any claims for overtime, penalties and/or any other wage and hour violations arising under California Labor Code and/or the Fair Labor Standards Act or any similar laws.

IT IS HEREBY STIPULATED by and between Plaintiff Daniel Paz and Defendant Ryder Integrated Logistics, Inc., through their respective counsel of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his / its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: February 16, 2010        REED SMITH LLP

By    /s Linda S. Husar
     Linda S. Husar
     Attorneys for Defendant
     Ryder Integrated Logistics, Inc.

DATED: February 16, 2010        HINKLE, JACHIMOWICZ, POINTER
                                     & EMANUEL

By    /s Gerald Emanuel
     Gerald Emanuel
     Attorneys for Plaintiff Daniel Paz

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DANIEL PAZ v. RYDER INTEGRATED LOGISTICS, INC., et al.

CASE NO. 3:08-CV-05168-SC

## CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On February 26, 2010, I served the following document:

**STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Gerald A. Emanuel, Esq.
HINKLE, JACHIMOWICA, POINTER & EMANUEL
2007 West Hedding Street, Ste. 100
San Jose, CA  95128
jemanuel@hinkle.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2010, at Los Angeles, California.



Corinne Ubence

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Linda S. Husar (SBN 93989)
Aundrea L. Newsome (SBN 240041)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 1.213.457 8000
Facsimile: 1.213.457 8080
Email: lhusar@reedsmith.com
Email: anewsome@reedsmith.com

Attorneys for Defendant
Ryder Integrated Logistics, Inc.

Gerald Emanuel (SBN 61049)
HINKLE, JACHIMOWICZ, POINTER
& EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: 1.408.246.5500
Facsimile: 1.408.246.1051
Email: mgorman@hinklelaw.com

Attorneys for Plaintiff
Daniel Paz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PAZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. C 08-05168 SC<br><br>**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**<br><br>**JUDGE: HONORABLE SAMUEL CONTI** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the parties' Stipulation to Dismiss Entire Civil Action with Prejudice, IT IS HEREBY ORDERED that:

The above-entitled action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear his / its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: ~~February~~ March 1 , 2010

By_____
Honorable



C08-05168 SC    [PROPOSED] ORDER TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE

DANIEL PAZ v. RYDER INTEGRATED LOGISTICS, INC., et al.

CASE NO. 3:08-CV-05168-SC

CERTIFICATE OF SERVICE BY ELECTRONIC MAIL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On February 26, 2010, I served the following document:

**[PROPOSED] ORDER RE STIPULATION TO DISMISS ENTIRE CIVIL ACTION WITH PREJUDICE**

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

US_ACTIVE-103273116.1-ALNEWSOM

Gerald A. Emanuel, Esq.
HINKLE, JACHIMOWICA, POINTER & EMANUEL
2007 West Hedding Street, Ste. 100
San Jose, CA  95128
jemanuel@hinkle.com


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2010, at Los Angeles, California.

/s/
Corinne Ubence

US_ACTIVE-103273116.1-ALNEWSOM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware